ND/GA PROB 12B
(6/12)

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

Received in Chambers

MAR 3 1 2014

Thomas W. Thrash, Jr.
United States District Judge

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR - 2 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Samuel Charles Hardeman**          Docket No. **1:02-CR-684-TWT**

Judicial Officer: **Honorable Thomas W. Thrash, Jr.**

Date of Original Sentence: **September 24, 2003**

Original Offense: **Use of a Computer to Entice a Child to Engage in Sexual Activity, 18 U.S.C. §2422(b)**

Original Sentence: **Sentenced to 174 months to serve in custody followed by three years supervised release.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **In Custody**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is presently in federal custody with a projected release date of June 29, 2015. He is a resident of Easton, Maryland, and has requested to relocate back to Maryland upon his release from custody. The U.S. Probation Office in the District of Maryland requests the conditions of supervision be modified to include additional sex offender specific conditions.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None

**PETITIONING THE COURT:**

To modify the conditions of supervision by adding the following Sex Offender specific conditions:

1.) The defendant shall provide the probation officer with access to any requested financial information.

2.) The defendant is to not use computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the U.S. Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not limited to, participating in a Computer and Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.

3.) The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

4.) The defendant shall participate in a sex offender treatment program, to include a sex offender risk assessment, psychosexual evaluation, Abel screen, polygraph testing and/or penile plethysmograph as directed by the U.S. Probation Officer. The defendant shall follow the rules and regulations of the sex offender treatment program as directed by the probation office.

5.) The defendant shall not have contact with any victim or witness in the instant offense by any means, including person, by mail, by telephone, via any device capable of connecting to the internet or through third parties. If any contact occurs, intentional or otherwise, the defendant shall immediately leave the area and report the contact to the U.S. Probation Officer within 24 hours.

6.) The defendant shall have no contact with any persons under the age of 18, unless approved by the U.S. Probation Officer. The defendant shall not congregate or loiter near schools, parks, playgrounds, arcades or other places frequented by children under the age of 18, unless approved by the U.S. Probation Officer. Any unauthorized contact with persons under the age of 18, intentional or otherwise, must be reported to the U.S. Probation Officer within 24 hours. This provision does not encompass persons under the age of 18, with whom the defendant must deal with in order to obtain ordinary and usual commercial services.

7.) The defendant shall not own, use, possess, view or read any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing "sexually explicit conduct," or frequent any place that is involved with pornography, as defined in 18 U.S.C. §2256(2).

Respectfully submitted,

_____  3/27/14            _____  3/27/14
T. Phillip Weaver          Date             Christopher Colquitt        Date
Sr. U. S. Probation Officer                 Officer in Charge

**THE COURT ORDERS:**

☒ The modification of conditions as noted above.

☐ No Action

☐ Other

*Thomas W. Thrash*

Honorable Thomas W. Thrash, Jr.
U. S. District Court Judge

4/1/14

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

***SEE ATTACHED LIST OF PROPOSED CONDITIONS***

Signed:                                                    Witness:

_Samuel Hardeman_                              _J Smith_, Case Manager
Samuel Charles Hardeman                        G Grimaldo
Supervised Releasee

Date:  3/24/14

ADDITIONS CONDITIONS REQUESTED :

1. The defendant shall provide the probation officer with access to any requested financial information.

2. The defendant is not to use computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the United States Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not be limited to, participating in a Computer and Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.

3. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

4. The defendant shall participate in a sex offender treatment program, to include a sex offender risk assessment, psychosexual evaluation, Abel screen, polygraph testing and/or penile plethysmograph as directed by the U.S. Probation Officer. The defendant shall follow the rules and regulations of the sex offender treatment program as directed by the probation office.

5. The defendant shall not have contact with any victim or witness in the instant offense by any means, including in person, by mail, by telephone, via any device capable of connecting to the internet or through third parties. If any contact occurs, intentional or otherwise, the defendant shall immediately leave the area and report the contact to the U.S. Probation Officer within 24 hours.

6. The defendant shall have no contact with persons under the age of 18, unless approved by the U.S. Probation Officer. The defendant shall not congregate or loiter near schools, parks, playgrounds, arcades or other places frequented by children under the age of 18, unless approved by the U.S. Probation Officer. Any unauthorized contact with persons under the age of 18, intentional or otherwise, must be reported to the U.S. Probation Officer within 24 hours. This provision does not encompass persons under the age of 18, with whom the defendant must deal with in order to obtain ordinary and usual commercial services.

7. The defendant shall not own, use, possess, view or read any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing "sexually explicit conduct," or frequent any place that is involved with pornography, as defined in 18 U.S.C. § 2256(2).