| PROB 22 (Rev 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) 1:02-CR-684-TWT |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 08 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of Georgia | DIVISION Atlanta |
|---|---|---|
| Samuel Charles Hardeman 7460 Jeffreys Way Easton, Maryland 21601 | NAME OF SENTENCING JUDGE Honorable Thomas W. Thrash | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: FROM 06/29/2015 | TO 06/28/2018 |

**OFFENSE**

Use of Computer to Entice a Child to Engage in Sexual Activity, 18 U.S.C. §2422(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of MARYLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_9/23/15_
Date

_[signature]_
Honorable Thomas W. Thrash
Chief United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby attest and certify on _12/1/15_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By: _[signature]_ Deputy

_11/30/2015_
Effective Date

_[signature]_
Honorable
United States District Judge