UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

JAMES N. HATTEN                                                   DOCKETING SECTION
CLERK OF COURT                                                              404-215-1655

January 14, 2016

Felicia C. Cannon, Clerk
USDC District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

      RE: USA -V-SAMUEL CHARLES HARDEMAN
      Our File No.  1:02-CR-684-TWT
      Your File No.

Dear Clerk:

    Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

    Enclosed are certified copies of the indictment, judgment and commitment order petition and order modifying supervised release and docket for your records.

    Please acknowledge receipt of these documents by returning the enclosed copy to this office.

                                 Sincerely,

                                 JAMES N. HATTEN, Clerk

                        By:    s/Andrea Gee
                            Andrea Gee, Deputy Clerk

NEF:  USAO, FLU, Atlanta with copy of transfer order
        Financial Section
        File